UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.
**10-CV-80340-MARRA/JOHNSON**

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. A SINGLE FAMILY RESIDENCE LOCATED
AT 3485 LAGO DE TALAVERA,  LAKE WORTH, FL 33467,
PARCEL CONTROL NUMBER 00-42-44-19-09-000-0290,
INCLUDING THE APPURTENANCES
THERETO AND THE IMPROVEMENTS THEREON,

2. A SINGLE FAMILY RESIDENCE LOCATED AT
3493 LAGO DE TALAVERA , LAKE WORTH, FL 33467,
PARCEL CONTROL NUMBER 00-42-44-19-09-000-0300,
INCLUDING THE APPURTENANCES
THERETO AND THE IMPROVEMENTS THEREON, and

3. A SINGLE FAMILY RESIDENCE LOCATED
AT 3574 LAGO DE TALAVERA,LAKE WORTH, FL.33467,
PARCEL CONTROL NUMBER 00-42-44-19-09-000-0770,
INCLUDING THE APPURTENANCES
THERETO AND THE IMPROVEMENTS THEREON,

      Defendants.
_____/

FILED by ___GM___ D.C.
ELECTRONIC

**March 3, 2010**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## **CIVIL COMPLAINT COVER SHEET**

1.    Did this case originate from a matter pending in the United States Attorney's Office prior to April 1, 2003? ____ Yes   __X__ No

2.    Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? ____Yes   __X__ No

1

3. Did this case originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? ____ Yes __X__ No

        Respectfully submitted,

        JEFFREY H. SLOMAN
        UNITED STATES ATTORNEY

By. *William H. Beckerleg, Jr.*
     WILLIAM H. BECKERLEG, JR.
     Assistant U.S. Attorney
     U.S. Attorney's Office
     500 E. Broward Blvd.,Suite 700
     Ft. Lauderdale, Florida   33394
     Tel: (954) 660-5724
     Fax: (954) 356-7180
     Fla. Bar No.  A5500074