UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO._____

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. A SINGLE FAMILY RESIDENCE LOCATED
AT 3485 LAGO DE TALAVERA,  LAKE WORTH, FL 33467,
PARCEL CONTROL NUMBER 00-42-44-19-09-000-0290,
INCLUDING THE APPURTENANCES
THERETO AND THE IMPROVEMENTS THEREON,

2. A SINGLE FAMILY RESIDENCE LOCATED AT
3493 LAGO DE TALAVERA , LAKE WORTH, FL 33467,
PARCEL CONTROL NUMBER 00-42-44-19-09-000-0300,
INCLUDING THE APPURTENANCES
THERETO AND THE IMPROVEMENTS THEREON, and

3. A SINGLE FAMILY RESIDENCE LOCATED
AT 3574 LAGO DE TALAVERA, LAKE WORTH, FL.33467,
PARCEL CONTROL NUMBER **00-42-44-19-09-000-0770**,
INCLUDING THE APPURTENANCES
THERETO AND THE IMPROVEMENTS THEREON,
        Defendants.

_____/

NOTICE OF COMPLAINT FOR FORFEITURE
AGAINST REAL PROPERTY

TO:    CHRISTOPHER GEORGE, REGISTERED AGENT AND MANAGING MEMBER
        FOR and 3574 LAGO DE TALAVERA, LLC

On March 3, 2010 the United States of America filed a Verified Complaint for Forfeiture In Rem against the above-named defendants, including all buildings, improvements, fixtures, attachments, and easements found therein or thereon, ("the defendant property") for the violations

of law enumerated in said Complaint.

Any person claiming an interest in the defendant real property must file a verified claim asserting that interest in the manner set forth in Rule C(6), Supplemental Rules for Certain Admiralty and Maritime Claims, not later than thirty (30) days following receipt of notice of the complaint, or, as applicable, not later than 30 days after the date of final publication of notice of the filing of the complaint. 18 U.S.C. §983(a)(4)(A). In addition, any person having filed such a claim shall file an answer to the complaint not later than twenty (20) days after the filing of the claim. 18 U.S.C. §983(a)(4)(B).

Supplemental Rule C(6)(a) provides in pertinent part: "[A] person who asserts an interest in or right against the property that is the subject of the action must file a verified statement identifying the interest or right... [A]n agent, bailee, or attorney, must state the authority to file a statement of interest in or right against the property on behalf of another."

Upon failure of the owner, possessor or any party claiming an interest in the defendant to file a claim and answer, the defendant property may then be forfeited to the United States by default and without further notice or hearing.

Claims should be filed with the Office of the Clerk, United States District Court for the Southern District of Florida, 500 E. Broward Blvd., Suite, 700, Ft. Lauderdale, FL., 33394. A copy of the claim and answer should be sent to the United States Attorney, 500 South Australian Avenue, Suite 400, West Palm Beach, Florida 33401, **Attention**: **WILLIAM H. BECKERLEG, JR.,** Assistant United States Attorney.

In accordance with 18 U.S.C. §985, this Notice shall be posted on the defendant property and

served on the property owner, along with a copy of the Complaint for Forfeiture.

                         Respectfully submitted,

                         JEFFREY H. SLOMAN
                         UNITED STATES ATTORNEY

By.   *William H. Beckerleg, Jr.*
      WILLIAM H. BECKERLEG, JR.
      Assistant U.S. Attorney
      U.S. Attorney's Office
      500 E. Broward Blvd.,Suite 700
      Ft. Lauderdale, Florida   33394
      Tel: (954) 660-5724
      Fax: (954) 356-7180
      Fla. Bar No.  A5500074