UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-CV-80340-MARRA/JOHNSON

UNITED STATES OF AMERICA

        Plaintiff,

v.

1. A SINGLE FAMILY RESIDENCE LOCATED
AT 3485 LAGO DE TALAVERA,  LAKE WORTH, FL 33467,
PARCEL CONTROL NUMBER 00-42-44-19-09-000-0290,
INCLUDING THE APPURTENANCES
THERETO AND THE IMPROVEMENTS THEREON,

2. A SINGLE FAMILY RESIDENCE LOCATED AT
3493 LAGO DE TALAVERA , LAKE WORTH, FL 33467,
PARCEL CONTROL NUMBER 00-42-44-19-09-000-0300,
INCLUDING THE APPURTENANCES
THERETO AND THE IMPROVEMENTS THEREON, and

3. A SINGLE FAMILY RESIDENCE LOCATED
AT 3574 LAGO DE TALAVERA,LAKE WORTH, FL.33467,
PARCEL CONTROL NUMBER 00-42-44-19-09-000-0770,
INCLUDING THE APPURTENANCES
THERETO AND THE IMPROVEMENTS THEREON,

        Defendants.
_____/

## NOTICE OF LIS PENDENS RE: FORFEITURE

      **GRANTEE(S):** CHRIS GEORGE, a Single Man

TO:    ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER ANY OF THE DEFENDANTS AND/OR GRANTEES any interest in the real property described herein under.

      NOTICE IS HEREBY GIVEN, pursuant to the provisions of  F.S. § 48.23, as made

applicable hereto by the provisions of Title 28 United States Code, Section 1964, that on March

3, 2010, a Verified Complaint for Forfeiture In Rem was filed alleging violations of Title 21 United States Code, 841 and seeking forfeiture of real property, that lot or parcel of land, together with its building, improvements, fixtures, attachments and easements located at 3485 LAGO DE TALAVERA, LAKE WORTH, FL 33467, and more particularly described below, may be forfeit to the United States of America under the provisions of Title 21 United States Code, Section 853.  The real property is also know as LOT 29, OF THE PLAT OF TALAVERA P.U.D., ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 105, PAGE 44, OF THE PUBLIC RECORDS OF PALM BEACH COUNTY, PARCEL CONTROL NUMBER 00-42-44-19-09-000-0290,

The object and intention of this litigation is to have the Court decree that the defendant premises and property became condemned and forfeit to the United States of America, due to its use in violation of Federal Law, pursuant to Title 18, United States Code, Section 981 (a)(1)(C),etc.

All persons having an interest in said defendant, by way of title, mortgage, lien or otherwise, wishing to preserve same, must file and serve a claim and answer in this matter as required by Rule C(5), of the Supplemental Rules for Certain Admiralty and Maritime Claims, or

suffer forfeiture thereof by default.

                                                     Respectfully submitted,

                                                     JEFFREY H. SLOMAN
                                                     UNITED STATES ATTORNEY

By.    *William H. Beckerleg, Jr.*
       WILLIAM H. BECKERLEG, JR.
       Assistant U.S. Attorney
       U.S. Attorney's Office
       500 E. Broward Blvd., Suite 700
       Ft. Lauderdale, Florida   33394
       Tel: (954) 660-5724
       Fax: (954) 356-7180
       Fla. Bar No.  A5500074