UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-CV-80340-MARRA/JOHNSON

UNITED STATES OF AMERICA

        Plaintiff,

v.

1. A SINGLE FAMILY RESIDENCE LOCATED
AT 3485 LAGO DE TALAVERA, LAKE WORTH, FL 33467,
PARCEL CONTROL NUMBER 00-42-44-19-09-000-0290,
INCLUDING THE APPURTENANCES
THERETO AND THE IMPROVEMENTS THEREON,

2. A SINGLE FAMILY RESIDENCE LOCATED AT
3493 LAGO DE TALAVERA , LAKE WORTH, FL 33467,
PARCEL CONTROL NUMBER 00-42-44-19-09-000-0300,
INCLUDING THE APPURTENANCES
THERETO AND THE IMPROVEMENTS THEREON, and

3. A SINGLE FAMILY RESIDENCE LOCATED
AT 3574 LAGO DE TALAVERA,LAKE WORTH, FL., 33467,
PARCEL CONTROL NUMBER 00-42-44-19-09-000-0770,
INCLUDING THE APPURTENANCES
THERETO AND THE IMPROVEMENTS THEREON,

        Defendants,
_____/



## EMERGENCY MOTION TO SEAL COMPLAINT

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the verified complaint for forfeiture in rem be SEALED until further order of this court, for the reason that the government has reason to believe that the information contained in several paragraphs therein may compromise an ongoing federal investigation. An amended

complaint will be filed shortly.

        Respectfully submitted,

        JEFFREY H. SLOMAN
        UNITED STATES ATTORNEY

By. _____
        WILLIAM H. BECKERLEG, JR.
        Assistant U.S. Attorney
        U.S. Attorney's Office
        500 E. Broward Blvd., Suite 700
        Ft. Lauderdale, Florida  33394
        Tel: (954) 660-5724
        Fax: (954) 356-7180
        Fla. Bar No.  A5500074