UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80340-CR-MARRA

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

1. A SINGLE FAMILY RESIDENCE LOCATED
AT 3485 LAGO DE TALAVERA, LAKE WORTH
FL 33467, PARCEL CONTROL NUMBER
00-42-44-19-09-000-0290, INCLUDING THE
APPURTENANCE THERETO AND THE
IMPROVEMENTS THEREON,

2. A SINGLE FAMILY RESIDENCE LOCATED
AT 3493 LAGO DE TALAVERA, LAKE WORTH
FL 33467, PARCEL CONTROL NUMBER
00-42-44-19-09-000-0300, INCLUDING THE
APPURTENANCES THERETO AND THE
IMPROVEMENTS THEREON,

3. A SINGLE FAMILY RESIDENCE LOCATED
AT 3574 LAGO DE TALAVERA, LAKE WORTH
FL 33467, PARCEL CONTROL NUMBER
00-42-44-19-09-000-0770, INCLUDING THE
APPURTENANCES THERETO AND THE
IMPROVEMENTS THEREON,

          Defendant.
_____/

**ORDER DENYING MOTION TO SEAL**

      THIS CAUSE is before the Court upon the Government's Emergency Motion to Seal Complaint conventionally filed March 4, 2010.  This Court having reviewed the pertinent portions of the record and being duly advised in the premises, it is hereby

      ORDERED and ADJUDGED as follows:

The United States seeks to have the Verified Complaint filed in this case sealed. The United States asserts that the Verified Complaint should be sealed because "the government has reason to believe that information contained in several paragraphs therein may compromise an ongoing federal investigation." The Verified Complaint and three Notices of Lis Pendens were filed yesterday, March 3, 2010, in the public record without any limitations on who could inspect the documents. The Court has been advised by a representative of the Clerk's office that an Assistant United States Attorney made inquiries about how the United States could get the Verified Complaint sealed, and stated that *The Palm Beach Post* had a copy of it.

Additionally, upon a review of the Verified Complaint, it is apparent that the criminal investigation to which the United States refers is also a matter of public knowledge. The three major newspapers in south Florida have reported about a law enforcement raid conducted on March 3, 2010 on "pain clinics" related to this case.

Furthermore, the United States has only provided a conclusory assertion that public access to the Verified Complaint will compromise the ongoing investigation. The United States has not given any indication of what information will compromise the investigation or how. The government's request is lacking in support.

In view of the fact that the Verified Complaint and the underlying investigation are already matters of public knowledge, the United States has not met its heavy burden to justify the sealing of a public record. As a result, the Unites States' Emergency Motion to Seal Complaint

[DE 9]  is DENIED.

DONE and ORDERED in West Palm Beach, Florida, this 4th day of March, 2010.

                                                                    KENNETH A. MARRA
                                                                    UNITED STATES DISTRICT JUDGE

Copies provided to:

        All counsel